PHILADELPHIA AND CAMDEN FERRY COMPANY, PLAINT-
IFF IN ERROR, v. INTER-CITY LINK RAILROAD COM-
PANY, DEFENDANT IN ERROR.

Argued December 3, 1908—Decided March 1, 1909.

On error to the Supreme Court, whose opinion is reported in 47 *Vroom* 50.

For the plaintiff in error, *Gaskill & Gaskill.*

For the defendant in error, *Martin V. Bergen, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Garrison in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BO-GERT, VREDENBURGH, VROOM, GRAY, DILL, J.J. 13.

*For reversal*—None.